**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JOHNSON, MAISHA GROCHOWSKI, STEVEN AGUILAR, and HECTOR PORTILLO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS GROUP, USA, INC.,<br><br>Defendant. | Case No. 4:17-cv-03543-KAW<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Plaintiffs Gerald Johnson, Maisha Grochowski, Steven Aguilar, and Hector Portillo, and Defendant Compass Group, Inc., by and through undersigned counsel, stipulate to and jointly request a brief continuance of the Case Management Conference currently scheduled for September 19, 2019 at 1:30 p.m. The parties respectfully request that the hearing be continued from September 19, 2017 to October 31, 2017 at 1:30 p.m., or the next date thereafter available on the Court's calendar in order to permit Plaintiffs time to determine how to proceed in a pending class action settlement in a related action that could extinguish their claims in this case.

Procedural History and Prior Extensions.

Plaintiffs are former employees of Defendant who filed this action on June 20, 2017 (ECF No. 1) as a putative class action alleging various violations of the California Labor Code, including the failure to provide meal and rest breaks and pay minimum wages and overtime. Plaintiffs' Complaint was served on June 26, 2017. Shortly thereafter counsel for Defendant alerted Plaintiffs to a related case pending in the Superior Court of Riverside County, California, *Romero, et al., v. Compass Group, USA, Inc.*, Case No. CIVDS1512026 (the "*Romero* Action"). ECF No. 7.

A class action settlement was preliminarily approved in the *Romero* Action after Plaintiffs' Complaint was filed in which Plaintiffs are all putative class members. Plaintiffs have since received their class notices and are determining how to proceed with respect to the settlement, which will greatly impact how this case would proceed (if at all) in terms of scheduling, discovery, and motion practice. Plaintiffs have until September 21, 2017, to accept the settlement in the *Romero* Action and a final approval hearing is set for October 3, 2017. Accordingly, in order to preserve the Parties' and the Court's resources, the Parties respectfully request that the Court put this matter over until October 31, 2017, or date thereafter, so that if Plaintiffs' claims are resolved in whole or in part by the settlement in the *Romero* Action they can either dismiss their claims in this matter or come back to the Court with a better proposal for discovery, motion practice, and scheduling that would reflect the scope of the case at that point.

///

///

/ / /

The Parties have not previously requested any continuances or extensions in this matter and this request does not impact any other deadlines in the case.

Respectfully submitted,

DATED: September 12, 2017  **KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ *Matthew B. George*
   Matthew B. George (SBN 239322)

Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

**LAW OFFICES OF GENNARO DU TERROIL**
Gennaro Du Terroil (*pro hac vice* application to be filed)
18756 Stone Oak Pkwy Suite 200
San Antonio, Texas 78258
Telephone: 210-998-5645
Facsimile:  210-495-4670
cibelliterroil@outlook.com

*Counsel for Plaintiffs*

Dated: September 11, 2017  **FISHER & PHILLIPS LLP**

By:  /s/ *Lonnie D. Giamela*

Lonnie D. Giamela (SBN 228435)
Fisher & Phillips LLP
444 S. Flower Street, Suite 1550
Los Angeles, California 90071
lgiamela@fisherphillips.com

*Counsel for Defendant Compass Group, Inc.*

# **ORDER**

PURSUANT TO STIPULATION, **IT IS HEREBY ORDERED**:

The case management conference is continued from September 19, 2017 to October 31, 2017, at 1:30 p.m. ~~or~~ _____. The Parties shall file their initial case management conference statement no later than seven (7) calendar days before the case management conference.

Dated: __9/13/17__  _____/s/ Kandis Westmore_____
Magistrate Judge Kandis A. Westmore
United States District Judge