**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JOHNSON, MAISHA GROCHOWSKI, STEVEN AGUILAR, and HECTOR PORTILLO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS GROUP, USA, INC.,<br><br>Defendant. | Case No. 4:17-cv-03543-KAW<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL OF ACTION PURSUANT TO FEDERAL CIVIL RULE 41(a)(2) WITH PREJUDICE** |

| 1 | Plaintiffs Gerald Johnson, Maisha Grochowski, Steven Aguilar, and Hector Portillo, and
| 2 | Defendant Compass Group, Inc., by and through undersigned counsel, stipulate to and jointly
| 3 | request the Court dismiss the instant matter with prejudice based on the following facts below: .

Procedural History and Prior Extensions.

Plaintiffs are former employees of Defendant who filed this action on June 20, 2017 (ECF No. 1) as a putative class action alleging various violations of the California Labor Code, including the failure to provide meal and rest breaks and pay minimum wages and overtime. Plaintiffs' Complaint was served on June 26, 2017. Shortly thereafter counsel for Defendant alerted Plaintiffs to a related case pending in the Superior Court of Riverside County, California, *Romero, et al., v. Compass Group, USA, Inc*., Case No. CIVDS1512026 (the "*Romero* Action"). ECF No. 7.

A class action settlement was preliminarily approved in the *Romero* Action after Plaintiffs' Complaint was filed in which Plaintiffs are all putative class members. Plaintiffs received their class notices and elected not to opt-out of the Agreement in the *Romero* Action. Final approval of the class action settlement agreement in the *Romero* Action was ordered by the San Bernardino Superior Court on Tuesday October 3, 2017. The claims released in the *Romero* Action overlap all class claims made by Plaintiffs in the subject litigation.

The Parties have agreed that the subject litigation may be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2) with prejudice with the parties to bear their own fees and costs.

Respectfully submitted,

DATED:  October 12, 2017  **KAPLAN FOX & KILSHEIMER LLP**

By:   /s/ *Matthew B. George*
             Matthew B. George (SBN 239322)

Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

**LAW OFFICES OF GENNARO DU TERROIL**
Gennaro Du Terroil (*pro hac vice* application to be filed)
18756 Stone Oak Pkwy Suite 200
San Antonio, Texas 78258
Telephone: 210-998-5645
Facsimile:  210-495-4670
cibelliterroil@outlook.com

*Counsel for Plaintiffs*

Dated:  October 12, 2017  **FISHER & PHILLIPS LLP**

By:   /s/ *Lonnie D. Giamela*

Lonnie D. Giamela (SBN 228435)
444 S. Flower Street, Suite 1500
Los Angeles, California 90071

*Counsel for Defendant Compass Group, Inc.*

- 2 -  Case No. 3:17-cv-3543-KAW
JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL

FPDOCS 33311596.1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, **IT IS HEREBY ORDERED**: |
| 3 | The subject litigation is hereby dismissed with prejudice. The Court directs the Clerk to |
| 4 | close the case file. |

Dated: 10/13/17

*/s/ Kandis Westmore*
Magistrate Judge Kandis A. Westmore
United States District Judge